UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYLAN MILES,

                         Plaintiff,

            -against-

PLANET FITNESS, et al.,

                       Defendants.

22-CV-1943 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

      Plaintiff Dylan Miles brings this action *pro se*. Plaintiff filed the complaint without a mailing address. It is Plaintiff's obligation to provide the Court with an address for mail service. *See* Fed. R. Civ. P. 11(a). The action cannot proceed if Plaintiff does not provide an address where he can be served.

      The Court therefore directs Plaintiff to provide the Court, within thirty days of the date of this order, with a mailing address where he can receive service of documents.[1] Plaintiff must submit his address to this Court's Pro Se Intake Unit in a written document labeled with docket number 22-CV-1438 (LTS). Plaintiff may wish to submit this document using the Court's temporary procedures for email filing by *pro se* parties by emailing the document to Temporary_Pro_Se_Filing@nysd.uscourts.gov. If Plaintiff fails to respond within the time allowed, the Court will dismiss Plaintiff's complaint without prejudice to his refiling it. *See* Fed. R. Civ. P. 41(b).

---

[1] Because this order cannot be mailed to Plaintiff, the Court recognizes that Plaintiff can comply with this order only if he contacts the court's Clerk's Office to ask about the status of his case.

Plaintiff may also provide the Court with an email address and consent to receive all court documents electronically. A consent to electronic service form is attached to this order and is also available on the Court's website.

SO ORDERED.

Dated:  March 18, 2022
        New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                          Chief United States District Judge