UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DYLAN MILES,<br><br>                              Plaintiff,<br><br>              -against-<br><br>PLANET FITNESS, et al.,<br><br>                            Defendants. | 22-CV-1943 (LTS)<br><br>ORDER DIRECTING PAYMENT OF FEE<br>OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Dylan Miles brings this action *pro se*. Plaintiff filed the complaint without a mailing address, an application to proceed *in forma pauperis* ("IFP"), or payment of the filing fees. Because the action could not proceed without a mailing address, on March 18, 2022, the Court directed Plaintiff to update the Court, within thirty days of the date of that order, with a mailing address.

Plaintiff has not provided an address in this action. Review of the court docket, however, indicates that in another action filed in this court, *see Miles v. Sedona Soul Adventures*, ECF 1:22-CV-1438, 5 (S.D.N.Y.), Plaintiff provided the court with a current address.

Accordingly, the Court directs the Clerk of Court to add Plaintiff's mailing address to the court's docket, that is: 551 W 181st Street PMB #275, New York, NY 10033.

The Court also directs Plaintiff, **within 14 days of the date of this order**, to pay the filing fees of $402.00 or submit the attached IFP application. No summons shall issue at this time.

If Plaintiff complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Plaintiff fails to comply with this order within the time

allowed, the action will be dismissed.

SO ORDERED.

Dated:   April 27, 2022
        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge