UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DYLAN MILES,

                    Plaintiff,

    -against-

PLANET FITNESS, et al.,

                    Defendants.

22-CV-1943 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued May 20, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* ("IFP application") or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    May 20, 2022
             New York, New York

                                              /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                         Chief United States District Judge